UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60094-CIV-COHN/SNOW

FREDERICK G. STAUP,

    Plaintiff,

v.

WACHOVIA BANK, N.A., a North
Carolina corporation,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Withdrawal of Complaint [DE 31]. The Court has considered the Notice and the record, and is otherwise fully advised in the premises.

Defendant Wachovia Bank filed a Motion to Dismiss Complaint [DE 15], with a number of exhibits, on March 27, 2007. Maintaining his position that he is entitled to a final default judgment, despite this Court's previous Order denying his Motion to Strike, Plaintiff filed a letter with the Court indicating he would not be responding to Defendant's Motion and seeking sanctions for same. In an Order dated April 11, 2007, the Court reiterated that Plaintiff was not entitled to a default judgment, because Defendants had been granted an extension of time to respond to his Complaint,[1] and directed Plaintiff to respond to the Motion to Dismiss on or before April 20, 2007.

---

[1] For purposes of clarification, the Court notes that Defendant's Motion to Dismiss does constitute a "response to the Complaint" under the Federal Rules of Civil Procedure, and it was timely filed in light of the Court's Order granting Defendant an extension of time to respond to the Complaint. Thus, no default occurred in this case.

Plaintiff subsequently filed his Response to the Motion to Dismiss [DE 32], making a number of arguments. He reiterated many of the factual allegations from his Complaint, but provided no legal support for his claims. Plaintiff also again argued that he was entitled to a default judgment, noting that his position was based on his original Motion to Strike, which this Court has denied.[2] Plaintiff additionally asserted that he was somehow excluded from the Scheduling Conference held before United States Magistrate Judge Lurana S. Snow on April 12, 2007. The Court assumes that Plaintiff did not receive notice of this hearing because of his failure to maintain an updated address with the Court, but out of an abundance of caution, the Court emphasizes that these proceedings were held solely for the purpose of setting out a schedule for completion of pretrial discovery and filings, and Plaintiff's failure or inability to attend has not prejudiced him in any way.

Several days after submitting his Response to the Motion to Dismiss, Plaintiff filed a Notice of Withdrawal of Complaint [DE 31], explaining that he has concluded he has no standing to sue and no available remedy at law. The Court construes this as a Voluntary Dismissal of the Complaint, pursuant to Fed. R. Civ. P. 41(a)(1), which Plaintiff may file because Defendant has not yet served an Answer in this action. Thus,

---

[2] Plaintiff seems to claim that his Motion to Strike has not been ruled upon, stating in his Response "a court decision on that motion would be appreciated." In fact, this Court issued an Order on March 20, 2007 denying his Motion to Strike [DE 13]. Although Mr. Staup originally provided the Court with a mailing address at the Crystal Inn Motel, and has filed no Notice of Change of Address, all mail sent to that address has been returned to the Court as undeliverable. The Court on its own initiative began sending copies of all filings to Plaintiff at his workplace, but a number of filings may not have been received by Plaintiff in the interim. In the event that Plaintiff did not receive a copy of this Order, an additional copy is enclosed herein for his review.

it is hereby

**ORDERED AND ADJUDGED** that the above-referenced action is **DISMISSED**, pursuant to Plaintiff's Notice of Voluntary Dismissal.  It is further

**ORDERED AND ADJUDGED** that all pending motions, including Defendant's Motion to Dismiss, are **DENIED as moot**.  The Clerk of Court is directed to **CLOSE** this Case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 27th day of April, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Frederick G. Staup, *pro se*
c/o St. Mary's Star of the Sea
4280 Gulf of Mexico Drive
Longboat Key, FL  34228